IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL E. HARRIS,<br><br>    Petitioner,<br><br>  vs.<br><br>BRIAN GAGE,<br><br>    Respondent. | 8:16CV442<br><br>MEMORANDUM<br>AND ORDER |

  This matter is before the court on Petitioner's objection to the court's memorandum and order dated February 10, 2017. (Filing No. 11.) In that order, the court conducted a preliminary review of Petitioner's Petition for Writ of Habeas Corpus (Filing No. 1) and "Supplemental Habeas Corpus" (Filing No. 5) to determine whether Petitioner's claims, when liberally construed, are potentially cognizable in federal court. (Filing No. 9.)

  Petitioner objects to the court's construction of his claims. (Filing No. 11.) Essentially, Petitioner is upset that the court did not state his claims in *the exact words* of the claim headings in his petitions. As the court explained to the parties in its previous order, the court *condensed and summarized for clarity* Petitioner's claims. In doing so, it considered the entirety of Petitioner's allegations, including the claim headings. The court did not need to repeat the specific constitutional amendments or case law cited by Petitioner in his claim headings to construe the substance of his claims.

2

IT IS THEREFORE ORDERED that: Petitioner's objection (Filing No. 11) is denied.

Dated this 22nd day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge